ROBERT L. BROWN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Brown v. Commissioner
Docket No.: 20695-85
United States Tax Court
1987 U.S. Tax Ct. LEXIS 185; May 6, 1987, Entered *185 L. W. Hamblen, Jr., Judge. L. W. Hamblen, Jr.
ORDER AND DECISION
For the reasons set forth forth in the Memorandum Sur Order, served herewith, it is
ORDERED that respondent's Motion to Impose Sanctions for Failure to Comply with Discovery Requests and to Obey Court Order, filed on February 17, 1987, is granted and this case is dismissed pursuant to Rule 104(c), Tax Court Rules of Practice and Procedure. It is further
ORDERED AND DECIDED that there is due from petitioner the following deficiencies in and additions to Federal income tax:
IRC of 1954, as amended
Year Deficiency
Sec.6653(b)
1976
$ 19,194.23
$ 9,597.12
1977
17,575.27
8,787.64
1978
23,275.88
11,637.94
L. W. Hamblen, Jr.
Judge